## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ROBERT EVAN WEBB,

     Plaintiff,

vs.                         Case No. 5:03cv272-MCR/WCS

COMPATH, INC.

     Defendant.

_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Fifth Report and Recommendation.  The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

     Having considered the Report and Recommendation and any objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's Fifth Report and Recommendation is adopted and incorporated by reference in this order.

     2.     The Clerk shall enter final judgment in favor of Plaintiff and against Defendant in the amount of $69,935.00.

     **DONE AND ORDERED** this 21st day of June, 2005.

                     s/ *M. Casey Rodgers*

                     **M. CASEY RODGERS**
                     **UNITED STATES DISTRICT JUDGE**